J-S52012-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STACEY CULBERT | : | |
| | : | |
| Appellant | : | No. 3392 EDA 2018 |

Appeal from the PCRA Order Entered October 18, 2018
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0500381-1998,
MC-51-CR-0447551-1998

BEFORE: OTT, J., KUNSELMAN, J., and McLAUGHLIN, J.

CONCURRING MEMORANDUM BY KUNSELMAN, J.:

**FILED DECEMBER 2, 2019**

Because we are bound by this Court's decision in ***Commonwealth v. Jackson***, 30 A.3d 516 (Pa. Super. 2011), I join in the majority decision. Nonetheless, I believe that requiring Culbert to serve a sentence potentially ***20 years*** beyond the maximum allowed by law, solely because he did not discover the error within one year of the date his sentence became final, constitutes a manifest miscarriage of justice. I therefore write separately to encourage our Supreme Court and/or our General Assembly to examine this issue and allow for courts to correct ***at any time*** a sentence that patently exceeds the maximum allowed by law.

Judge McLaughlin joins the concurring memorandum.